**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7553**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

WILLIE JEROME MCRAE,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:98-cr-00037-F-13)

———————

Submitted:  March 29, 2012        Decided:  April 3, 2012

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie Jerome McRae, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Jerome McRae appeals the district court's order denying his "Motion Pursuant to Fed. R. Civ. P. 60(b)(5)(6) to Vacate the Judgment for Re-Sentence."   We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. McRae, No. 5:98-cr-00037-F-13 (E.D.N.C. Oct. 3, 2011).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED